# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIKE HIGHTOWER; AND
SOUTHWESTERN FURNITURE OF
WISCONSIN, LLC,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JOSEPH
HARDY, JR., DISTRICT JUDGE,
Respondents,
and
MARTIN VALDEZ-BURCIAGA; AND
TERESA PITONES,
Real Parties in Interest.

No. 71329

**FILED**

OCT 17 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying a motion to dismiss a negligence per se claim.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, and from a practical standpoint, it does not appear that petitioners are aggrieved by the

district court's decision.[1] To the extent that they may become aggrieved by the decision, they have an adequate legal remedy in the form of an appeal. *Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.

_____ , J.
Cherry

_____ , J.
Douglas

_____ , J.
Gibbons

cc:  Hon. Joseph Hardy, Jr., District Judge
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
Maier Gutierrez Ayon, PLLC
Eighth District Court Clerk

---

[1]Petitioners recognized as much in district court when they stated that the purpose of their motion was simply to "clean[ ] up the pleadings."